UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ERIC EMERSON, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GIDEON T. HAYMAKER, CHARLES E. BAILES, III, JOHN D. COCHRAN, BRIAN P. GOLSON, THOMAS J. O'SHANE, RICHARD J. WALSH, and UNITED COMMUNITY BANKS, INC.,<br><br>Defendants. | Case No. 6:20-cv-01675-PGB-DCI<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Eric Emerson ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice

DATED: October 30, 2020

Respectfully submitted,

**WEISSLAW LLP**

By: /s/ *Michael A. Rogovin*
Michael A. Rogovin
(*admitted pro hac vice*)

476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel: (404)692-7910
mrogovin@weisslawllp.com
Richard A. Acocelli
(*admitted pro hac vice*)
1500 Broadway, 16th Floor
New York, NY 10036
Tel: (212) 682-3025
Fax: (212)682-3020
racocelli@weisslawllp.com

*Attorneys for Plaintiff Eric Emerson*

**MOONEY COLVIN, P.L.**
John V. Colvin
Federal Bar No. 0963828
1525 E. Amelia St.
Orlando, FL 32803
Tel: (407) 648-2889
Fax: (407) 648-2886
jvc@mooneycolvin.com

*Attorneys for Plaintiff Eric Emerson*

# CERTIFICATE OF SERVICE

I certify that on October 30, 2020, the foregoing document was filed and served on all counsel of record via a Notice of Electronic Filing generated by CM/ECF.

                                          */s/ Michael A. Rogovin*
                                          Michael A. Rogovin