**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ERIC EMERSON,

        Plaintiff,

v.                              Case No:  6:20-cv-1675-Orl-40DCI

GIDEON T. HAYMAKER, CHARLES E.
BAILES, III, JOHN D. COCHRAN,
BRIAN P. GOLSON, THOMAS J.
O'SHANE, RICHARD J. WALSH and
UNITED COMMUNITY BANKS, INC.,

        Defendants.

_____/

## ORDER

      This cause comes before the Court on Plaintiff's Notice of Voluntary Dismissal. (Doc. 43). Plaintiff advises that he dismisses the claims pursued against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice of voluntary dismissal is self-executing and was immediately effective upon filing. *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

      **DONE AND ORDERED** in Orlando, Florida on November 2, 2020.

                                       PAUL G. BYRON
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties